# EXHIBIT A

# LYNN GOLDSMITH INC.

241 West 36th Street, Loft 7
New York, New York 10018
(212) 736-4602, Telex: 971782

5579

WR

| | | |
|---|---|---|
| RENTED TO | VANITY FAIR<br>350 MADISON AVENUE<br>NYC, NY 10017 | DATE: OCTOBER 29, 1984<br>YOUR P.O. NO.<br>ORDERED BY: ESIN GOKNAR |

TERMS: NET 30 DAYS     ATTENTION:

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| | FEE FOR THE USE OF ONE PHOTOGRAPH OF PRINCE, COPYRIGHT 1981 LYNN GOLDSMITH FOR USE AS ARTIST REFERENCE FOR AN ILLUSTRATION TO BE PUBLISHED IN VANITY FAIR NOVEMBER 1984 ISSUE. IT CAN APPEAR ONE TIME FULL PAGE AND ONE TIME UNDER ONE QUARTER PAGE. NO OTHER USAGE RIGHT GRANTED. | |

ONE TIME USE ENGLISH LANGUAGE ONLY NORTH AMERICAN DISTRIBUTION ONLY



PAID
DATE DEPOSITED
CHECK NO.
2/8/85

TOTAL: $400.00

License is granted to use or reproduce above-described photograph(s) on condition that total amount shown hereon is paid.

This credit line — LYNN GOLDSMITH — must not be omitted, abbreviated or altered under penalty of double charge.

Released, on rental basis only, and in accordance with terms and conditions of submission. License, for one reproduction only, is granted to reproduce above-described photograph(s) in

IN VANITY FAIR NOVEMBER 1984 ISSUE

Separate reproduction fee must be paid for each subsequent edition, revised edition, new edition, paperback edition, book club edition, foreign edition and/or foreign language edition of the aforesaid book containing the above-described photograph(s). No license is granted to reproduce the above-described photograph(s) in United States or foreign newspapers or magazines or for other purposes without prior permission in writing from and payment to Lynn Goldsmith.

Other than for the purpose indicated herein, photograph(s) may not be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording or by any information storage and retrieval system without permission in writing from and payment to Lynn Goldsmith.

Reproduction or use rights only are sold. Photographs are rented only and must be returned to us immediately after use. An appropriate charge will be made for loss, damage or mutilation in accordance with terms and conditions of submission.