# EXHIBIT B

Email or Phone
Sign Up                                                                                         Log In
English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch



**Lynn Goldsmith Photography** added **2 new photos**.
January 6, 2015 ·

I want to thank everyone for their comments - I'm pretty knowledgeable about copyright laws and they are changing as Francoise Kirkland pointed out due to the latest ruling in the RIchard Prince case...they are not changing in our favor. I sued Peter Max on his first usage and the trial was about a week long. He lied on the stand about getting rights from the Rollingstones as well as the poster company. I got someone who works for The Stones to come in and testify that they never gave

Peter Max any permission and I also flew in owner of the poster company who did a poster of it and who Max claimed had given him permission - who testified he had never spoken to or ever seen Peter Max before. Now here is the really interesting part, because when the image was sent in for copyright a 1/8" had been cut off the bottom so that it would fit in the envelope - the court ruled that the Peter Max image was not the same as my image which I had a registered copyright for. I could have appealed but that would have cost me another $50,000 at least and lots more time.

So even though it had been published in a magazine and that should have covered my ownership of the image, or that I actually sent it in to DC for copyright, or that Peter Max was caught lying under oath, I did not win. So, don't think anything is fair - just do the best you can to protect yourself.



64 Likes   14 Comments   4 Shares

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2017

**To see more from Lynn Goldsmith Photography on Facebook, log in or create an account.**

Sign Up        Log In