# **EXHIBIT C**

Email or Phone       Password

Sign Up       Log In

Forgot account?

 **Lynn Goldsmith Photography** added *5 new photos*.
January 5, 2015 ·

It is a crime that so many "artists" can get away with taking photographers images and painting on them or doing whatever to them without asking permission of the "artist" who created the image in the first place - and then they sell that work for lots of money claiming it is their original - Peter Max is one of the ones who do it and still try to act like they are Buddists living on a planet where money means nothing to them - it's such a load of crap - CBS News did piece on Peter Max this weekend - he showed one of his "originals" -- really ! ??? the first is my shot from 1972 Madison Sq Garden - look at how many versions he has made over the years!!!!
why doesn't the copyright law protect photographers as artists?



168 Likes   62 Comments   23 Shares

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More

Facebook © 2017

To see more from Lynn Goldsmith Photography on Facebook, log in or create an account.

Sign Up       Log In