# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayue Teyle Claypeth*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-277-562

**Effective Date of Registration:**
November 17, 2016

## Title
___

**Title of Work:** Prince Portrait

## Completion/Publication
___

**Year of Completion:** 1981

## Author
___

- **Author:** Lynn Goldsmith
  **Author Created:** photograph
  **Citizen of:** United States
  **Year Born:** 1948

## Copyright Claimant
___

**Copyright Claimant:** Lynn Goldsmith
40 Sunset Drive, Unit 10A, Basalt, CO, 81621, United States

## Certification
___

**Name:** Joel L. Hecker
**Date:** November 17, 2016

___

**Correspondence:** Yes

**Registration #:**   VAu001277562
**Service Request #:**   1-4178540771

Abrams Deemer PLLC
Joel L. Hecker
230 Park Avenue
Suite 660
New York, NY 10169 United States