UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,

    Plaintiff,

  vs.

LYNN GOLDSMITH AND LYNN GOLDSMITH,
LTD.

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LYNN GOLDSMITH,

    Counterclaim Plaintiff,

  vs.

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,

    Counterclaim Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 17-cv-02532-JGK

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that upon (1) the accompanying memorandum of law; and (2) Declaration of Barry Werbin, Esq. dated May 11, 2018, and the exhibits attached thereto, Defendants and Counterclaim Plaintiff Lynn Goldsmith and Lynn Goldsmith Ltd. (collectively, the "Goldsmith Parties"), by and through their attorneys, Herrick, Feinstein LLP and the Law Offices of Joel L. Hecker, will move before the Honorable John G. Koeltl, United States District Court Judge in the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Fed. R. Evid. 702, precluding the expert report of Dr. Thomas Crow served on the Goldsmith Parties by plaintiff The Andy Warhol Foundation for the Visual Arts, Inc.

Dated: New York, New York
May 11, 2018

>Respectfully submitted,
>
>HERRICK, FEINSTEIN LLP
>
>By: <u>  s/ Barry Werbin, Esq.</u>
>    Barry Werbin
>    Gabrielle C. Wilson
>2 Park Avenue
>New York, NY 10016
>(212) 592-1418
>bwerbin@herrick.com
>
>LAW OFFICES OF JOEL L. HECKER
>By: <u>  s/ Joel L. Hecker, Esq.</u>
>    Joel L. Hecker
>230 Park Avenue, Suite 660
>New York, NY 10169
>(212) 481-1850
>HeckerEsq@aol.com
>
>*Attorneys for Lynn Goldsmith and Lynn Goldsmith, Ltd.*

2

HF 12099211v.1