**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

January 3, 2019

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   *The Andy Warhol Foundation v. Goldsmith, et al.*, **17 Civ. 2532**

Dear Judge Koeltl:

I represent Plaintiff The Andy Warhol Foundation for the Visual Arts, Inc. and write jointly on behalf of the parties in the above-captioned matter to request oral argument on the parties' pending motions for summary judgment. (*See* Dkt. Nos. 51, 54.) The Court suggested it would hear argument during the July 13, 2018 pre-motion conference. (*See* Dkt. No. 45 at 24:17-18.) Given the importance of the copyright issues raised in the parties' briefing on these case-dispositive motions, the parties respectfully submit that oral argument should be permitted to allow each side to make its case.

The parties are available to discuss scheduling at the Court's convenience.

Respectfully submitted,

*/s/ Luke Nikas*

Luke Nikas

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART