UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,

                Plaintiff,

          vs.

LYNN GOLDSMITH AND LYNN GOLDSMITH,
LTD.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LYNN GOLDSMITH,

                Counterclaim Plaintiff,

          vs.

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,

                Counterclaim Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.  17-cv-02532-JGK

**[COUNTER-PROPOSED]**
**JUDGMENT AND ORDER**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated July 1, 2019 (Dkt. 84) ("Opinion"), Plaintiff-Counterclaim-Defendant The Andy Warhol Foundation for the Visual Arts, Inc.'s ("AWF") motion for summary judgment (Dkt. 54) is granted with respect to AWF's Prince Series works (as defined in the Opinion) insofar as such works are entitled to a fair use defense under 17 U.S.C. §107; Defendants-Counterclaim-Plaintiffs Lynn Goldsmith and Lynn Goldsmith Ltd.'s motion for summary judgment (Dkt. 51) is denied and Defendant-Counterclaim-Plaintiff Lynn Goldsmith's amended counterclaim (Dkt. 20) is dismissed with prejudice.

2

Dated:  New York, New York

_____, 2019

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE