UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,

        Plaintiff,

- against -

LYNN GOLDSMITH, ET AL.,

        Defendants.

17-cv-2532 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court will hold a conference on **October 26, 2021 at 4 p.m.** The parties may access the conference using the following dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            October 20, 2021

                                        John G. Koeltl
                                United States District Judge