UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,                              17-cv-2532 (JGK)

               Plaintiff,                  ORDER

- against -

LYNN GOLDSMITH, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to provide an update regarding the status of this case by **January 22, 2024**.

SO ORDERED.

Dated:    New York, New York
           January 15, 2024

                                          John G. Koeltl
                                     United States District Judge