**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., | |
| Plaintiff, | No. 17-cv-02532-JGK |
| -against- | **JOINT STATUS REPORT** |
| LYNN GOLDSMITH AND LYNN GOLDSMITH, LTD., | |
| Defendants. | |

Pursuant to this Court's January 15, 2024 Order directing the parties to provide an update regarding the status of this case, The Andy Warhol Foundation For The Visual Arts, Inc., Lynn Goldsmith, and Lynn Goldsmith, Ltd. state as follows:

On Friday, January 19, 2024, the parties confirmed with the United States Court of Appeals for the Second Circuit Clerk's Office that no further action by that Court is anticipated following the notice it received on June 20, 2023, of the United States Supreme Court's judgment. The parties are in discussions regarding next steps and jointly request that this Court set a deadline of February 16, 2024, for the parties to submit a joint proposal regarding further proceedings in the case.

| | |
|---|---|
| Dated: January 22, 2024 | Respectfully Submitted, |
| By: /s/ *Thomas G. Hentoff* <br> Thomas G. Hentoff* (*pro hac vice* submitted) <br> Kathryn E. Garza (*pro hac vice* submitted) <br> Williams & Connolly LLP <br> 680 Maine Avenue S.W. <br> Washington, DC 20024 <br> Tel: (202) 434-5000 <br> Fax: (202) 434-5029 <br> Email: THentoff@wc.com <br> Email: KGarza@wc.com | By: /s/ *Andrew Gass* <br> Andrew Gass (*pro hac vice*) <br> Latham & Watkins LLP <br> 505 Montgomery Street <br> Suite 2000 <br> San Francisco, CA 94111 <br> Tel: (415) 391-0600 <br> Fax: (415) 395-8095 <br> Email: andrew.gass@lw.com |
| Joel L. Hecker <br> Law Offices of Joel L Hecker <br> 80 Country Ridge Drive <br> Rye Brook, NY 10573 <br> Tel: (917) 848-9373 <br> Email: Heckeresq@aol.com | Roman Martinez (*pro hac vice*) <br> Latham & Watkins LLP <br> 555 Eleventh Street, NW <br> Suite 1000 <br> Washington, D.C. 20004 <br> Tel: (202) 637-2200 <br> Fax: (202) 637-2201 <br> Email: roman.martinez@lw.com |
| Barry Werbin <br> Herrick, Feinstein LLP <br> Two Park Avenue <br> New York, NY 10016 <br> Tel: 212-592-1418 <br> Email: BWerbin@herrick.com | Luke Nikas <br> Maaren Shah <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: (212) 849-7000 <br> Fax: (212) 849-7100 <br> Email: lukenikas@quinnemanuel.com <br> Email: maarenshah@quinnemanuel.com |
| *Attorneys for Lynn Goldsmith and Lynn Goldsmith, Ltd.* | *Attorneys for The Andy Warhol Foundation For The Visual Arts, Inc.* |

---

\* In accordance with Rule 8.5(b) of this Court's ECF Rules and Instructions, this electronic signature is used with counsel's consent.