UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Application granted.
SO ORDERED.
Dated:    New York, New York
          March 1, 2024
                              /s/ John G. Koeltl
                              John G. Koeltl
                              United States District Judge
```

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,

    Plaintiff/Counterclaim Defendant,

    v.

LYNN GOLDSMITH AND LYNN GOLDSMITH, LTD.,

    Defendants/Counterclaim Plaintiffs .

No. 17-cv-02532-JGK

NOTICE OF CONSENT MOTION TO UPDATE CASE CAPTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, defendants/counterclaim plaintiffs Lynn Goldsmith and Lynn Goldsmith, Ltd. move this Court before the Honorable John G. Koeltl at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, for an Order updating the case caption to reflect Lynn Goldsmith, Ltd.'s change in corporate form to Lynn Goldsmith Co.  Plaintiff/counterclaim defendant The Andy Warhol Foundation for the Visual Arts, Inc. consents to this motion.

Dated: February 29, 2024                    Respectfully submitted,

/s/ Thomas G. Hentoff
Thomas G. Hentoff (*pro hac vice*)
Kathryn E. Garza (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Tel:  (202) 434-5000
Fax:  (202) 434-5029
thentoff@wc.com
kgarza@wc.com

Joel L. Hecker
Law Offices of Joel L Hecker
80 Country Ridge Drive
Rye Brook, NY 10573

Tel: (917) 848-9373
Email: Heckeresq@aol.com

Barry Werbin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
Tel: 212-592-1418
Email: BWerbin@herrick.com

*Attorneys for Lynn Goldsmith and Lynn Goldsmith, Ltd.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 29, 2024, I caused copies of the foregoing to be sent to counsel of record via ECF.

/s/ Thomas G. Hentoff  
Thomas G. Hentoff
