**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,

                Plaintiff,

       -against-

LYNN GOLDSMITH AND LYNN GOLDSMITH
CO.,

              Defendants.

No. 17-cv-02532-JGK

**JOINT MOTION FOR ENTRY**
**OF FINAL JUDGMENT**

Plaintiff and Counterclaim-Defendant Andy Warhol Foundation For The Visual Arts, Inc.

("AWF") and Defendants and Counterclaim-Plaintiffs Lynn Goldsmith and Lynn Goldsmith Co.

(collectively, "Goldsmith") jointly propose that this case conclude as follows:

1.      As to Goldsmith's copyright infringement counterclaim against AWF for its 2016

Condé Nast license, AWF and Goldsmith agree that Goldsmith is entitled to $10,250 based on the

2016 Condé Nast license and the Supreme Court's decision.

2.      As to AWF's request for declaratory relief regarding the original creation of the

Prince Series, the parties' positions are as follows:

Goldsmith's position is that there is no live controversy between the parties warranting

declaratory relief because Goldsmith during the course of the litigation made clear she is not

advancing claims for relief for the original creation of the Prince Series because the statute of

limitations had already expired on any claims for that original creation.

AWF's position is that the original creation of the Prince Series was fair use, and that

nothing in the Supreme Court's opinion undermines that view. *See Andy Warhol Found. for Visual*

*Arts, Inc. v. Goldsmith*, 598 U.S. 508, 534 & n.9 (2023). In light of Goldsmith's confirmation

above that she is not advancing claims for relief for the original creation of the Prince Series, AWF

agrees to withdraw its claim for declaratory relief.

3.      The parties agree that Goldsmith is entitled to $11,272.94 in taxable costs pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.1.  The parties further agree that they each will otherwise be responsible for their own costs, including attorneys' fees.

4.      The parties therefore jointly request that the Court enter the accompanying proposed final judgment awarding Goldsmith $10,250 against AWF for its 2016 Condé Nast license and $11,272.94 in taxable costs.

Dated: March 15, 2024

Respectfully Submitted,

Thomas G. Hentoff (*pro hac vice*)
Kathryn E. Garza (*pro hac vice*)
Williams & Connolly LLP
680 Maine Avenue S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: THentoff@wc.com
Email: KGarza@wc.com

Joel L. Hecker
Law Offices of Joel L Hecker
80 Country Ridge Drive
Rye Brook, NY 10573
Tel: (917) 848-9373
Email: Heckeresq@aol.com

Barry Werbin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
Tel: 212-592-1418
Email: BWerbin@herrick.com

*Attorneys for Lynn Goldsmith and Lynn Goldsmith, Co.*

Roman Martinez (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roman.martinez@lw.com

Andrew Gass (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: andrew.gass@lw.com

Luke Nikas
Maaren Shah
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
Email: lukenikas@quinnemanuel.com
Email: maarenshah@quinnemanuel.com

*Attorneys for The Andy Warhol Foundation For The Visual Arts, Inc.*