UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., <br><br>  Plaintiff, <br><br> -against- <br><br> LYNN GOLDSMITH and LYNN GOLDSMITH CO., <br><br>  Defendants. | No. 17-cv-02532-JGK <br><br> [~~PROPOSED~~] <br> **FINAL JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. In accordance with the parties' Joint Motion for Entry of Final Judgment of March 15, 2024, this case is concluded and judgment is entered in favor of Defendant and Counterclaim-Plaintiffs Lynn Goldsmith and Lynn Goldsmith Co. (collectively, "Goldsmith") on their copyright infringement counterclaim against Plaintiff and Counterclaim-Defendant Andy Warhol Foundation For The Visual Arts, Inc. ("AWF") with respect to its 2016 Condé Nast license. Goldsmith is hereby awarded $10,250 in actual damages and lost profits. Goldsmith is also awarded $11,272.94 in taxable costs. The parties are otherwise responsible for their own costs, including attorneys' fees.

2. To the extent that Goldsmith advanced any other claims for relief in this case, Goldsmith has confirmed that because of the expiration of the statute of limitations she is no longer advancing any of those claims.

3. AWF's claim for declaratory relief against Goldsmith is dismissed without prejudice in light of Goldsmith's confirmation that she is no longer advancing any claims for relief for the original creation of the Prince Series because of the expiration of the statute of limitations.

**IT IS SO ORDERED.**

Dated: 3/18/24

_____
THE HONORABLE JOHN G. KOELTL
U.S. DISTRICT JUDGE

The Clerk is directed to enter judgment and to close this case.

So ordered.

[signature]
3/18/24 U.S.D.J.